**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Case No. 04-cv-1857-RPM-BNB

MICHAEL SCHROEDER,

    Plaintiff,

vs.

SONIC-ENGLEWOOD M, INC. dba DON MASSEY MITSUBISHI and SONIC-MASSEY PONTIAC BUICK GMC, INC. dba DON MASSEY PONTIAC BUICK GMC.,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

_____

UPON THE joint Stipulation For Dismissal With Prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii) of all parties to the above captioned action this Court enters the following Order:

ORDERED that the above captioned case is hereby dismissed with prejudice. Each party shall pay its own costs and fees.

DONE THIS 15th DAY OF DECEMBER 2005.

        BY THE COURT
        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge